UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKERA CHOUDHURY,

Plaintiff,

-v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

Defendant.

25 Civ. 5240 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 30, 2025, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by August 20, 2025. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by September 10, 2025, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by September 10, 2025. Defendant's reply, if any, shall be served by September 24, 2025. At the time any reply is served, the moving party shall supply

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

the Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the

Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 1, 2025
        New York, New York